IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26  AM 10: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| REGENIA BROOKS and BRUCE BROOKS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   05-2646 MaV |
| OLIVE GARDEN ITALIAN RESTAURANT-1553, and GMRI, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

---

ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

---

Before the court is the October 5, 2005 motion of the plaintiffs, Regenia Brooks and Bruce Brooks, to amend the complaint to properly name the defendant as "GMRI, Inc. d/b/a The Olive Garden."  The defendant stated that this was the correct name in its answer to the original complaint.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion.  The defendant has not filed a response to this motion, and the time for responding has now expired.  Rule 7.2(a)(2) further provides that  "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by the defendant, the plaintiffs' motion to amend the complaint is granted.  The

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10-26-05__

S

plaintiffs are directed to file the amended complaint within fifteen days of the date of this order and serve it on the defendant.

IT IS SO ORDERED this 25th day of October, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02646 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Karen Denise Webster
DOCUMENTS ET CETERA, INC.
1331 Union Ave.
Ste. 744
Memphis, TN 38104--352

Honorable Samuel Mays
US DISTRICT COURT